| | |
|---|---|
| 1 | STEPHANIE M. HINDS (CABN 154284)<br>United States Attorney |
| 2 | |
| 3 | THOMAS A. COLTHURST (CABN 99493)<br>Chief, Criminal Division |
| 4 | JEFFREY A. BACKHUS (CABN 200177)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113 |
| 7 | Telephone: (408) 535-5080<br>FAX: (408) 535-5066<br>jeffrey.backhus@usdoj.gov |
| 8 | |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR 21-mj-70620-MAG |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER AS TO WAIVER OF TIME AND TO CONTINUE ARRAIGNMENT |
| v. | ) ) | |
| DANIEL BARILI, | ) ) | |
| Defendant. | ) ) | |

The United States, by and through its counsel of record, and defendant, Daniel Barili by and through his counsel of record (collectively, the "Parties"), agree and stipulate:

Whereas, a status conference is currently scheduled for January 25, 2022, at 2:00 p.m.

Whereas, the Parties agree and stipulate herein that time shall be waived under Rule 5.1(c) (time for a preliminary hearing) and 18 U.S.C. § 3161(b) (requiring any information or indictment be filed within 30 days of arrest). The Parties further agree that this waiver of time is necessary for the review of discovery by the defense, for defense counsel to consult with his client, and to discuss possible pre-indictment resolution of the case. The Parties also agree and acknowledge that a pre-indictment resolution may not be reached.

Whereas, the Parties agree that the defendant has waived time for purposes of 18 U.S.C. § 3161(b)

1 | and Rule 5.1(c), specifically, that time be waived from January 25, 2022 to March 30, 2022, for purposes
2 | of 18 U.S.C. § 3161(b) and Rule 5.1(c), that the preliminary hearing need not occur until March 30, 2022,
3 | and that the government need not file an information or indictment until March 30, 2022.

                                                    Respectfully submitted,

DATED: January 20, 2022                    STEPHANIE M. HINDS
                                                    United States Attorney

                                                    */s/ Jeffrey A. Backhus*
                                                    JEFFREY A. BACKHUS
                                                    Assistant United States Attorney

DATED: January 20, 2022

                                                    */s/ Dejan Gantar*
                                                    DEJAN GANTAR
                                                    Assistant Federal Public Defender
                                                    Attorney for Defendant
                                                    Daniel Barili

[PROPOSED] ORDER

Upon agreement and stipulation of the United States, the defendant Daniel Barili, and their respective counsel of record, and good cause appearing, IT IS HEREBY ORDERED that time be waived from January 25, 2022, to March 30, 2022, for purposes of 18 U.S.C. § 3161(b) and Rule 5.1(c), that the preliminary hearing need not occur until March 30, 2022, and that the government need not file an information or indictment until March 30, 2022.  Additionally, the preliminary hearing or arraignment on the information or indictment should be continued from January 25, 2022, to March 30, 2022, at 2:00 p.m.

IT IS SO ORDERED.

DATED: _____

                                                                 HON. VIRGINIA K. DEMARCHI
                                                                 United States Magistrate Judge